JUNE 7, 1976

No. 73–1915. PERKINS *v.* SMITH ET AL. Affirmed on appeal from D. C. Md. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 75–336. CALIFORNIA STATE BOARD OF PHARMACY ET AL. *v.* TERRY ET AL. Affirmed on appeal from D. C. N. D. Cal.

No. 75–1496. CARINO *v.* GRASSO, GOVERNOR OF CONNECTICUT. Affirmed on appeal from D. C. Conn.